Purswell & Purswell
Engineering & Ergonomics
2035 Mulligan Drive
Colorado Springs, CO  80920-1603
719/592-1773
fax: 719/265-6905

May 28, 2013

Mr. Michael Shammas
Brustin & Lunblad
100 W. Monroe Street, #400
Chicago, Illinois 60603

Re: Johnson v. Norfolk .

Dear Mr. Shammas:

In response to your request, I have reviewed the following materials related to this matter:

1. Complaint at Law;
2. Defendant's Response to Production Request;
3. Defendant's Answers to Plaintiff's Interrogatories;
4. Plaintiff's Answers to Defendant's Interrogatories;
5. Plaintiff's Response to Production Request;
6. Deposition transcript of the plaintiff with exhibits;
7. Defendant's Initial Disclosures Pursuant to Rule 26(a)(1);
8. Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1);
9. Photographs produced by your office.  The photos were apparently taken by NS personnel following the accident and are apparently intended to depict the general area where Mr. Johnson was injured.
10. Documents identified as Exhibits, RFP-1, RFP-2, RFP-3(a), RFP-3(b), RFP-3(c), RFP-3(d), RFP-5, RFP-5(b), FRP-7, FRP-9, RFP-10(a), RFP-10(b), RFP-19;

Based on my review of the materials listed above, my education, experience, and research, I have the following opinions related to this matter to a reasonable degree of safety engineering and ergonomics certainty:

1. It is my understanding that no photos of the accident scene were taken which show the size of the ballast against any yardsticks or rulers.  However, using the size of the ties and the rail for comparison, the rock on the area appears to be more the size of "road" ballast (1.25 – 1.5 inches) than yard or walking ballast (0.75 inches or smaller).  For purposes of estimating ballast size, tie widths in the photos taken by the defendant were assumed to be approximately nine inches.  Further, the base of the rail was assumed to be 4.25 inches and the width of the rail with approximately two inches on either side of the rail "neck".  The use of the tie and rail dimensions to estimate the ballast size is necessarily approximate, but it appears to be the only method available since the Norfolk Southern employees who investigated the accident and photographed the scene elected not to include any pictures of the ballast next to a tape measure, ruler, or yardstick.

Letter to Shammas
Johnson v. Norfolk Southern
5/28/13
page 2

2. Smaller ballast can be packed more tightly, reducing the likelihood of rock shifting under a worker's foot as he or she walks across the ballast.
3. The peer-reviewed literature demonstrates that walking on larger rock or "road ballast" is more fatiguing than walking on the smaller "walking" or "yard" ballast. Andres et al (2005) conducted an empirical analysis of the effect of ballast size on ankle kinematics while walking and concluded that "the overall finding from this study was that walking on main line ballast significantly increased the biomechanical loading of the lower extremities compared to walking on walking ballast."[1] A 1995 review of ballast used in rail yards in Kentucky by Dr. Jerry Rose of the University of Kentucky found that most railroads, including Norfolk Southern, had a policy in effect that only yard ballast should be used in areas where workers were expected to need to walk.[2]
4. By using the larger "road ballast" in the area where it knew Mr. Johnson would be required to walk and to work, Norfolk Southern failed to exercise reasonable care for the safety of Mr. Johnson.
5. The condition of the ballast on the date of the accident was a contributing cause to Mr. Johnson's injury.

A copy of my curriculum vita is attached which lists my education, experience and research publications. I believe that the methods of analysis that I have used follow those commonly used in the areas of safety engineering and ergonomics and are to a reasonable degree of engineering and ergonomics certainty.

I reserve the right to supplement this report should further information that would affect my opinions become available.

Sincerely,

*J.P. Purswell*

J.P. Purswell, Ph.D., P.E., CPE

---

[1] Robert O. Andres, Kenneth G. Holt, and Masayoshi Kubo (2005), *Impact of railroad ballast type on frontal plane ankle kinematics during walking.* Applied Ergonomics **36,** 529–534
[2] Rose, Jerry (1995) *Ballast Size for Safe Working Conditions in Railroad Yards and Terminals in Kentucky.* Research Report KTC 95-17.